# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JOHN CHARLES HOCHSCHILD II,**

      Plaintiff,

    **v.**                                      **Case No. 21-CV-1217**

**BRANDON HORTON,**

      Defendant.

---

## ORDER

---

On June 6, 2022, the defendant notified the court that Waupun Correctional Institution informed him that the plaintiff, John Charles Hochschild II, had died. (ECF No. 20). Because the plaintiff has passed away, the case can continue only if someone—his estate, or a successor or personal representative—notifies the court that this person or party wishes to substitute for the plaintiff. The court will allow some time for the plaintiff's estate, successor, or representative to file a motion to substitute. Fed. R. Civ. P. 25(a). If the court does not receive such a motion by the deadline below, the court is required to dismiss the case. *Id*.

**NOW, IT IS THEREFORE ORDERED** that this case is **DISMISSED** as of **NOVEMBER 18, 2022,** unless by the end of the day on November 18, 2022, the court receives a motion to substitute from the plaintiff's estate, successor, or representative.

Dated at Milwaukee, Wisconsin this 18th day of October, 2022.

BY THE COURT:

_____

NANCY JOSEPH

United States Magistrate Judge

Case 2:21-cv-01217-NJ   Filed 10/18/22   Page 2 of 2   Document 22