UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOHN CHARLES HOCHSCHILD II,

    Plaintiff,

v.                                Case No. 21-CV-1217

BRANDON HORTON,

    Defendant.

## ORDER

On June 6, 2022, the defendant notified the court that Waupun Correctional Institution informed him that the plaintiff, John Charles Hochschild II, had died. (ECF No. 20). On October 18, 2022, the court set a deadline of November 18, 2022, for Hochschild's successor to file a motion of substitution. (ECF No. 22.) That deadline as passed and no successor filed a motion, so the court will dismiss the case. Fed. R. Civ. P. 25(a).

**NOW, IT IS THEREFORE ORDERED** that this case is **DISMISSED**.

Dated at Milwaukee, Wisconsin this 6th day of December, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge